FILED
DEC 05 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Bryan Jackson
Plaintiff,

vs.

Wells Fargo Inc/Ashley K. Lown
Defendant(s).

CV 19- 7990 JD

CASE NO. ______

EMPLOYMENT DISCRIMINATION COMPLAINT

1. Plaintiff resides at:

Address ~~45 Fremont St Flr #30~~ 2100 Camino Ramon

City, State & Zip Code ~~San Francisco, CA~~ San Ramon, CA

Phone ______

2. Defendant is located at:

Address 45 Fremont St - Flor 30th

City, State & Zip Code San Francisco, CA 94104

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

a. ✓ Failure to employ me.

b. ✓ Termination of my employment.

[Illegible filing stamp and handwritten annotations, including "CV19-07990" visible in reverse/mirrored impression]

c. __ Failure to promote me.

d. __ Other acts as specified below.

5. Defendant's conduct is discriminatory with respect to the following:

a. ✓ My race or color.

b. __ My religion.

c. __ My sex.

d. __ My national origin.

e. __ Other as specified below. → My AgE.

6. The basic facts surrounding my claim of discrimination are: Ashley K. Lown discriminated against Bryon Jackson a 55 year Old African American because of his skin color, race, and age. Ashley K. lown/Wells Fargo harassed Bryon Jackson because of his skin color, race and agE and we are filling a legal suite against Ashley K. lown/Wells Fargo LTD for $500 Millions to recover damages for pain and suffering. cause by Ashley K. Lown.

7. The alleged discrimination occurred on or about 10/4/19 to 11/22/19
(DATE)

8. I filed charges with the Federal Equal Employment Opportunity Commission (or the California Department of Fair Employment and Housing) regarding defendant's alleged

[illegible] [illegible] →

Ashley K. Brown discriminated against Brown [illegible] a 53 year Old African American because of his Skin color, race and age. Ashley K. Brown [illegible] [illegible] [illegible] [illegible] [illegible] because of his skin color, race and age and are [illegible] a legal suit against Ashley K. Brown [illegible] [illegible] for $ [illegible] millions [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] and [illegible] [illegible] [illegible]

[illegible] [illegible] 12/1/19

discriminatory conduct on or about 10/4/19 to 11/22/19
(DATE)

9. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (copy attached), which was received by me on or about ______________________.
(DATE)

10. Plaintiff hereby demands a jury for all claims for which a jury is permitted:

Yes ✓ No ____

11. WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

DATED: 12/5/2019

[signature]
SIGNATURE OF PLAINTIFF

(PLEASE NOTE: NOTARIZATION IS NOT REQUIRED.)

Bryon Jackson
PLAINTIFF'S NAME
(Printed or Typed)