1 | Jamie Rudman (SBN 166727)
  |   rudman@sanchez-amador.com
2 | Chase E. Dean (SBN 339996)
  |   dean@sanchez-amador.com
3 | SANCHEZ & AMADOR, LLP
  | 1300 Clay Street, Suite 600
4 | Oakland, California 94612
  | (510) 788-8700 Tel
5 | (510) 788-8701 Fax

6 | Attorneys for Wells Fargo Bank, N.A.

7 | Bryon U. Jackson
  |   zaqw1478@hotmail.com
8 | 1350 Marina Village Parkway, No. 433
  | Alameda, CA 94501
9 | (201) 776-4282

10 | Plaintiff Pro Se

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| Bryon Jackson, | Case No. 4:19-cv-07990-JSW |
| Plaintiff, | The Hon. Jeffrey S. White |
| v. | **JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE** |
| Wells Fargo Inc., Ashley K. Lown, | |
| Defendant. | |

1. PLEASE TAKE NOTICE that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal. The parties intend to file the Stipulated Dismissal as soon as practicable, but respectfully request 60 days to file the dismissal. Accordingly, Defendant respectfully requests that the Court vacate all deadlines.

DATED:  December 7, 2022

    /s/ Bryon Jackson
Bryon Jackson
Plaintiff Pro Se

DATED:  December 7, 2022

SANCHEZ & AMADOR, LLP

    /s/ Chase E. Dean
Jamie Rudman
Chase E. Dean
Attorneys for Wells Fargo Bank, N.A.

**Filer's Attestation - Local Rule 5-1.(h)(3)**

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.